FILED

03/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0481

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0481

_____

IN RE THE MARRIAGE OF
ROBYN M. RYERSON, n/k/a ROBYN R.
MADISON,

       Petitioner and Appellee,
  and

           O R D E R

PATRICK S. RYERSON,

       Respondent and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John W. Larson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 16 2022